UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
~~GULFPORT~~ DIVISION
Southern

UNITED STATES OF AMERICA                    CRMINAL NO: 1:19-CR-106HSO-JCG-001

VERSUS

RONALD CHRISTOPHER DRESSNER              JUDGE: OZERDEN



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

JUN 11 2026

ARTHUR JOHNSTON
BY_____ DEPUTY

## MOTION FOR REDUCTION OF SENTENCE
## PURSUANT TO AMENDMENT 821

NOW COMES NOW Ronald Christopher Dressner (herein Dressner), Defendant in Pro-Se capacity, pursuant to Amendment 821 to the Federal Sentencing Guidelines, based on U.S.S.G.§4A1.1(d) 7 (e) and 18 U.S.C § 3006 who moves this Honorable Court for a sentence reduction due to the criminal history status points imposed by this Court for recieving this charge while on probation.

Amendment 821 provides for a sentence reduction for offenders who recieved status points for criminal history due to the current offense being committed while under a criminal justice sentence including probation, parole, supervised release et al,....pursuant to U.S.S.G. §4A1.1(d).

### HISTORY

On July 10,2019, the grand jury in the United States District Court for the Southern District of Mississippi, Southern Division, returned a one (1) count Indictment charging Dressner. See Doc.3. Count 1 charged Dressner with Felon in Possession of a Firearm, in violation of 18 U.S.C.§§922(g)(1) and 924(a)(2).Id. The Indictment also contained a Notice of Intent to Seek Criminal Forfeiture, pursuant to 18 U.S.C.§924(d)(1) and 28 U.S.C.§2561(c).Id

On February 21, 2020, Dressner was sentenced to a term of 184 months imprisonment, 5 years of Supervised Release, $7,500 fine and a Mandtory Special Assessment Fee of $100.See Doc.34.

1

The charges Dressner moves this Court to have reduced are as follows: 922(g)(1) and 924(a)(2).

### III.ARGUMENT

The defendant id entitled to a two (2) point criminal history reduction due to in part because the Court imposed 2 status points to the defendants criminal history for committing the instant offense while on probation. When Dressner was sentenced by this Court on February 21,2020 with a acceptance of responsibilty recieved a current offense level of 30 and a criminal history score of 11.

Dressner contends that Amendment 821 A provides for a change inn law that eliminates the said sentencing enhancement described in paragraph A thus warranting a possible sentencing reduction. With a criminal history category V due to a 11' criminal history score the reduction of the two (2) status points would place the defendant in criminal history category IV. This reduction of the 2 status points moves Dressner to a criminal history score of 9.

### IV. LAW AND ANALYSIS

The 821 Amendment was made retroactive, but a Court may not order the release of a defendant to occur prior to February 1st,2024. In Dillion v. United States, 560 U.S. 817,130 S.CT 2683,177 :.Ed 2d 271 (2010), the Supreme Court of the United States addressed the process for the application of a retroactive guidelines amendment. The Supreme Court adopted the following criteria:

(1) determine the defendant's eligibiltiy for sentence modifictaion and determine what amended guideline range would have application to the defendant;

(2) consider any applicable 18 U.S.S.G.3553 (a) factors and determine whether the reduction is warranted in whole or in part under the particular circumstances of the case. Id A Court generally may not reduce a defendant's sentence to less than the minimum of the substantial range.

### V. DEFENDANT DRESSNER"S. ENTITLEMENT TO RELIEF

Dressner is eligible for a sentence modifictaion from a criminal history score of 11 to 9 and ultimately from a criminal history category of V to IV.due

2

to the removal of the two criminal history status points for committing the instant offense while on probation. So if the Court will apply the guideline range that the defendant is now eligible; the defendant would be at a current offense level of 30 while in criminal history category IV with 9 points. This would make the defendant's guideline range 135 to 168 months instead of 151 to 188 months.

When considering the pertinent 18 U.S.S.G §3553(a) factors the Court should consider that the defendant was charged with One (1) count of Felon in Possession of a Firearm in violation of 18 U.S.C.§922(g)(1) and 924(a)(2).Id Dressner was also Notified of the Government's Intent to Seek Criminal Forfeiture, pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C.§2561(c).Id

There were no violent action's committed, no persons harmed and the substantial post-conviction rehabilitation demonstrated by Dressner may be considered in determining whether a sentence reduction is warranted. See Pepper v. United Sttaes, 562 U.S. 476, 491 (2011)(holding that a court may consider evidence of a defendants post-sentencing rehabilitation in support of a reduced sentence).

Dressner has engaged in self-reflection and personal growth, culminating in a profound spiritual transformation----he recently accepted Jesus Christ into his life and has committed himself to living in accordance with faith-based values of honesty, service and compassion. This commitment is not merely symbolic; Dressner has begun cultivating habits and a support network that will enable him to live purposeful and law abiding life hereon out.

## VI. RELIEF REQUESTED

1- Dressner moves this Court to modify his sentence from the 184 months imposed at the top guidelines in category V......to 168 months in category IV in the criminal history at the current offense level of 30,

2-and that the Court Grant any and all other relief as the Court see's fit.

Date 6-02-26

/s/ _Ronald Dressner_
RONALD CHRISTOPHER DRESSNER
FCI OAKDALE 1
PO BOX 5000
OAKDALE, LOUISIANA 71463

3

## CERTIFICATE OF SERVICE

I hereby certify that on June $\partial$ , 2026, a true and correct copy of the above and foregoing 821 A Amendment Motion for Reduction of Sentence Pursuant to U.S.S.G §4A1.1(d)7(e) and 18 U.S.C.§3006 was sent via U.S. Mail postage pre-paid, to Andrea C. Jones-Federal Government, at U.S. Attorney's Office-Gulfport, Mississippi 39501.

/s/ _Ronald C. Dressner_

RONALD CHRISTOPHER DRESSNER