# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Sep 10 2026
ARTHUR JOHNSTON, CLERK

United States of America
v.
Ronald Christopher Dressner

Case No: 1:19cr106HSO-JCG-001
USM No: 21530-043

Date of Original Judgment: 02/21/2020
Date of Previous Amended Judgment: ____________
*(Use Date of Last Amended Judgment if Any)*

Abby Brumley Edwards
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____________ months **is reduced to** ____________ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 02/21/2020 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 9/10/2026

*Judge's signature*

Effective Date: ____________
*(if different from order date)*

The Honorable Halil Suleyman Ozerden, Chief U.S. District Judge
*Printed name and title*